UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARCIE D. VADNAIS, | : | CIVIL ACTION NO.: |
| | : | 1:18-CV-00540-LMB-IDD |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SIG SAUER, INC. | : | |
| | : | |
| Defendant. | : | |
| | | JULY 5, 2019 |

## **STIPULATION OF DISMISSAL**

Upon settlement Plaintiff hereby dismisses the action with prejudice.

                                                                             PLAINTIFF
                                                                             MARCIE D. VADNAIS

By:

                                                                             /s/_____
                                                                             Jeffrey S. Bagnell
                                                                             Federal Bar No. CT18983
                                                                             Jeffrey S. Bagnell, Esq., LLC
                                                                             55 Greens Farms Road, #200-60
                                                                             Westport, Connecticut 06880
                                                                             (203) 984-8820
                                                                             (203) 255-4454 (fax)
                                                                             jeff@bagnell-law.com

                                                                             Counsel for Plaintiff

By:    __/s/_____
Corey R. Pollard
VSB78931
Jenkins, Block, & Associates P.C.
1111 East Main St., Suite 803
Richmond, VA 23219
Tel: 804.788.4311
Email: cpollardjba@gmail.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5TH DAY July 2019, undersigned counsel will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Martin A. Conn. Esq.
Matthew J. Hundley, Esq.
Laura May Hoove, Esq.
MORAN REEVES 7 CONN PC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
mconn@moranreevesconn.com
mhundley@moranreevesconn.com
lmayhooe@moranreevesconn.com

Counsel for defendant SIG Sauer, Inc.

2

By:     /s/_____
        Jeffrey S. Bagnell
        Admitted Pro Hac Vice
        Jeffrey S. Bagnell, Esq., LLC
        55 Greens Farms Road, #200-60
        Westport, Connecticut 06880
        (203) 984-8820
        (203) 255-4454 (fax)
        jeff@bagnell-law.com

By:    /s/_____
        Corey R. Pollard
        VSB78931
        Jenkins, Block, & Associates P.C.
        1111 East Main St., Suite 803
        Richmond, VA 23219
        Tel: 804.788.4311
        Email: cpollardjba@gmail.com

        Counsel for Plaintiff