UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARCIE D. VADNAIS, | : | CIVIL ACTION NO.: |
| | : | 1:18-CV-00540-LMB-IDD |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SIG SAUER, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | JULY 5, 2019 |

## STIPULATION OF DISMISSAL

Upon settlement Plaintiff hereby dismisses the action with prejudice.

PLAINTIFF
MARCIE D. VADNAIS

By:

/s/
Jeffrey S. Bagnell
Federal Bar No. CT18983
Jeffrey S. Bagnell, Esq., LLC
55 Greens Farms Road, #200-60
Westport, Connecticut 06880
(203) 984-8820
(203) 255-4454 (fax)
jeff@bagnell-law.com

Counsel for Plaintiff

So Ordered

/s/
Leonie M. Brinkema
United States District Judge   7/5/19